23-cv-3846 (JRT/DTS)

To the Honorable Magistrate, man or woman who is reading this,

I have many more documents to prove my claims. I have my 98ein without a SSN. My SSN is updated with the U.S. CITIZEN box unchecked among other things indicating I am not a U.S. Person... not even my Legal Fiction is a U.S. PERSON.

My 928s are completely updated. BOTH my BIRTH CERTIFICATES are authenticated via NY Federal Court Of Record attached to my 928s and declarations.

What I have discovered destroys A-LOT of peoples jobs as I know for a fact this CIVIL/ROMAN system is a belief system that's not in line with reality. It is pure fraud when stealing identities to create money/revenue for the Body Politic when we're already paying property taxes to believe Service Corporation Employees have the best interest for a man or woman. I now know exactly how this works and there's nothing respectable about it. Using Grammatical Deception to trick people to ACT like a Roman Slave/CIVIL/CORPORATION as the BARs Jurisdiction is of the paper world only... is very evil, sadistic, satanic and fraud at the highest level.

This ends with us inhabitants. This is not ok. Old people are getting kicked out of their homes due to pure FRAUD or not "paying" property tax or mortgage when it all pertains to a ARTIFICAL PERSON & paid off via the Autograph because once someone defaults, it is written off and the lender/investor gets the full value of the Note/Debt via IRS and they never lent anything, just have an autograph.

Not injecting my animals(property) is no other man or womans business & to try to make me out to be a criminal for that, is out of control and shows how deep this fraud of a system runs. Judges now put warrants out because people will not inject their property = Tyrants and unfit to be Judges. Same goes for any/all Service Corporation Employees. I do not work for free. Compensation is required to act like a 14th Amendment PERSON, considered on the clock 24/7, simple.

I know some of you are sick of this fraud by Wells Fargo... well, lets get them. This is National Contract Fraud via Grammatical Deception.

Each CORPORATION involved is required compensate us inhabitants $5,000,000 for this Discovery and Identity Theft + False Claim of Crime + Illegal/Unlawful Auction.

by: Joshua Jordan Coonradt

RECEIVED BY MAIL

DEC 19 2023

CLERK, U.S. DISTRICT COURT
MINNEAPOLIS, MINNESOTA

Without Prejudice UCC 1-308/103.6

